IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL COLEMAN and SCOTT ZIEGLER as Trustees of the I.B.E.W. Local 684 Pension, Health and Welfare, Apprenticeship Training Trust, Labor-Management, Vacation NEBF and NEIF Trust Funds,<br><br>Plaintiffs,<br><br>v.<br><br>MER-CAL ELECTRIC, INC., a California Corporation; WESLEY ANDREW MYERS, d/b/a/ Omega Enterprises<br><br>Defendants. | 2:07-cv-01142-GEB-KJM<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

A telephonic status (pretrial scheduling) conference was held in this case on December 10, 2007. Mary Sue Campbell appeared on behalf of Plaintiffs; Deborah Kay Boyett appeared on behalf of Defendants. During that conference, the Parties explained they have settled this action. Therefore, a dispositional document shall be filed no later than January 10, 2008. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See

1 | L.R. 16-160(b) ("A failure to file dispositional papers on the date
2 | prescribed by the Court may be grounds for sanctions.").
3 |     IT IS SO ORDERED.
4 | Dated: December 13, 2007

GARLAND E. BURRELL, JR.
United States District Judge